# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS TRENT PETTIGREW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-477-L |
| ) | |
| STATE OF OKLAHOMA, ex rel., ) | |
| THE OKLAHOMA DEPARTMENT ) | |
| OF PUBLIC SAFETY, a statutory ) | |
| state agency, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Thomas Trent Pettigrew, hereby stipulates with the Defendant, State of Oklahoma *ex rel.* The Oklahoma Department of Public Safety, that this action shall be dismissed with prejudice. No further costs or attorney fees will be owed by either party. Each side will bear its own costs and attorney's fees.

Dated this 5th day of November, 2015.

**WARD & GLASS, LLP**

/s/ Barrett T. Bowers
Stanley M. Ward, OBA #9351
Woodrow K. Glass, OBA#15690
Scott F. Brockman, OBA #19416
Barrett T. Bowers, OBA #30493
1821 E. Imhoff Road
Norman, Oklahoma 73071
(405) 360-9700
(405) 360-7902 fax
**ATTORNEYS FOR PLAINTIFF**

/s/ Devan A. Pederson
(*Signed by filing attorney with permission*)
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK  73105
**ATTORNEY FOR DEFENDANT**